1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Santos Centeno,                              No. CV-21-00449-TUC-JGZ

10                    Plaintiff,                   **ORDER**

11   v.

12   United States Penitentiary, Tucson, et al.,

13                    Defendants.

14

15          On June 17, 2022, the Court granted Plaintiff one final extension to serve Defendant

16   Howard. (Doc. 30 at 1-2.) Plaintiff was required to return the service packet to the Clerk's

17   Office so that the U.S. Marshals could serve Defendant Howard on or before July 25, 2002.

18   (*Id.*) It appears from the docket Plaintiff never returned the service packet, and therefore,

19   the U.S. Marshals did not attempt service.

20          Accordingly,

21          **IT IS ORDERED** that Defendant Howard is **DISMISSED** for failure to serve.

22          Dated this 3rd day of August, 2022.

23

24

25                                            _____

26                                            Honorable Jennifer G. Zipps
                                              United States District Judge
27

28